# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**JOVAN WILLIAMS,**

    Plaintiff,

  v.                                                                  **Case No. 19-CV-1699**

**KRISTIN J. JENSEN,** *et al.***,**

    Defendants.

## ORDER

Plaintiff Jovan Williams is representing himself in this § 1983 case. On October 20, 2020, he filed a motion to compel the defendants to respond to his discovery requests. He served interrogatories and document requests in early September, to which the defendants have not yet responded.

Civil Local Rule 37 requires that all motions to compel include "a written certification by the movant that, after the movant in good faith has conferred or attempted to confer with the person or party failing to make disclosure or discovery in an effort to obtain it without court action, the parties are unable to reach an accord." That's a long way of saying that, before filing a motion to compel, a party needs to first discuss its dispute with the opposing party's lawyer before asking the court to get involved. And, if they cannot work out the dispute, necessitating a motion to compel, the party moving to compel must include in his motion proof that he first tried to work out the dispute with the opposing party's lawyer.

Williams did not comply with Local Rule 37, so the court will deny his motion. Parties are often able to resolve their disputes without the court's help. Informal resolution without the court's involvement saves both the court and the parties time and resources. Williams should contact defense counsel (preferably by letter) to get a better understanding of why the defendants have not yet responded to his discovery requests. It may be that the defendants require a short extension of time or that there is some confusion over what information Williams is seeking. A brief discussion may easily resolve whatever issues exist and save everyone the time and effort of briefing a motion to compel. The court encourages the parties to keep one another informed of the challenges they face (i.e., they should not simply ignore deadlines) and to work with one another in good faith.

**THEREFORE, IT IS ORDERED** that Williams's motion to compel the defendants to respond to his discovery requests (ECF No. 40) is **DENIED**.

Dated in Milwaukee, Wisconsin, this 21st day of October, 2020.

**BY THE COURT:**

_William E. Duffin_
WILLIAM E. DUFFIN
U.S. Magistrate Judge
