UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

JOVAN WILLIAMS,

                Plaintiff,

v.                                              Case No. 19-cv-1699-bhl

KRISTIN J. JENSEN, et al.,

                Defendants.

## DECISION AND ORDER

Plaintiff Jovan Williams, who is representing himself, filed a complaint under 42 U.S.C. §1983. On January 4, 2021, Defendants (who are represented by separate counsel) filed two motions for summary judgment on the ground that Williams failed to exhaust the available administrative remedies before he filed his lawsuit. Dkt. Nos. 44, 47. Under Civil L. R. 56(b)(2), Williams' response materials are due within thirty days of service of the motions, or by **Wednesday, February 3, 2021**. In responding to the motions, Williams must respond to each of the proposed findings of fact by agreeing with each proposed fact or explaining why he disagrees with a particular proposed fact. If he does not indicate one way or the other, the Court will assume that he agrees with the proposed fact. Williams must support every disagreement with a proposed fact by citing to evidence. He can do that by relying on documents that he attaches to his response or by telling the Court his version of what happened in an affidavit or an unsworn declaration under 28 U.S.C. §1746.[1] An unsworn declaration is a way for a party to tell his side of the story while declaring to the Court that everything in the declaration is true and correct. Williams must also respond to the legal arguments in the briefs.

The Court reminds Williams that, under Civil L. R. 7(d), a party's failure to respond to a motion is sufficient cause for the Court to grant the motion. If Williams believes he needs

---

[1] At the bottom of his declaration, he should state: "I declare under penalty of perjury that the foregoing is true and correct. Executed on [date]. [Signature]." 28 U.S.C. §1746(2).

additional time to prepare his response materials, he must file a motion asking the Court to extend the deadline *before* his response materials are due. If he files such a motion, he must explain why he needs additional time and how much additional time he needs.

**IT IS THEREFORE ORDERED** that, if by **February 3, 2021**, Williams does not respond to defendants' summary judgment motions or does not request additional time to do so, the Court will grant the motions.

Dated at Milwaukee, Wisconsin this 5th day of January, 2021.

BY THE COURT:

s/ *Brett H. Ludwig*
BRETT H. LUDWIG
United States District Judge