UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
─────────────────────────────────────────────

JOVAN WILLIAMS,

                    Plaintiff,

v.                                                  Case No. 19-cv-1699-bhl

KRISTIN JENSEN, et al.,

                    Defendants.
─────────────────────────────────────────────

## DECISION AND ORDER
─────────────────────────────────────────────

      Plaintiff Jovan Williams, a prisoner confined at the Waupun Correctional Institution who is representing himself, is proceeding on Eighth Amendment claims based on allegations that Defendants were deliberately indifferent to his serious mental health and medical conditions. On June 28, 2021, Defendant Susan Peters filed a motion for summary judgment. That motion is fully briefed. Also on June 28, 2021, Defendants Kristin Jensen, Jean Lutsey, Gary Maier, and Wayne Nyiri (the State Defendants) filed a motion for summary judgment. After extending Williams' response deadline multiple times, on October 4, 2021, the Court ordered Williams to respond by October 15, 2021. The Court received Williams' response materials four days after the deadline, on October 19, 2021 (hard copies of his voluminous exhibits were received a few days later). Dkt. Nos. 105-108, 112-113. On November 3, 2021, Williams filed a motion asking the Court to accept his late filings. Dkt. No. 117. The Court will grant his motion. The State Defendants' reply is due November 19, 2021. *See* Dkt. No. 116.

      Williams also filed a motion to appoint counsel to represent him during trial. Dkt. No. 118. The Court will deny Williams' motion because his request is premature. Williams has responded

to Peters and the State Defendants' summary judgment motions. At this point, there is nothing for Williams to do but wait for the Court's decision. If Williams' claims survive summary judgment, the Court will reassess his request.

**IT IS THEREFORE ORDERED** that Williams' motion for acceptance of his late response materials (Dkt. No. 117) is **GRANTED** and his motion to appoint counsel (Dkt. No. 118) is **DENIED without prejudice**.

Dated at Milwaukee, Wisconsin on November 8, 2021.

s/ *Brett H. Ludwig*
BRETT H. LUDWIG
United States District Judge